# PERRIER & LACOSTE, L.L.C.
### ATTORNEYS AT LAW
ONE CANAL PLACE
365 CANAL STREET
SUITE 2550
NEW ORLEANS, LA 70130

TELEPHONE: (504) 212 - 8820
FACSIMILE: (504) 212 - 8825

**RALPH J. AUCOIN JR.**
**ADMITTED IN LOUISIANA**

Writer's direct dial number:
(504) 526-1696
E-mail:
raucoin@perrierlacoste.com

October 15, 2025

**VIA EMAIL (lee@getrude.com)**

Lee M. Rudin
Rudin Law, LLC
5500 Prytania St., #404
New Orleans, LA 70115

      Re:    *Azizi Ansari v. Richard R. Espinoza, et al*
                 36th JDC, Docket No. 20250806, Div. "B"
                 P&L No. 5002-56085

Dear Lee:

    I am currently reviewing the file materials received to date and note that this is a case that I believe may be removable to the United States District Court for the Western District of Louisiana, Lake Charles Division. Before preparing the necessary pleadings, I would like to ascertain whether your client, Azizi Ansari, is agreeable to stipulating that the total amount of damages claimed by him in connection with the above-referenced lawsuit does not exceed the sum or value of $75,000, exclusive of interests and costs, which is the amount required to invoke the diversity jurisdiction of the federal courts.

    I have enclosed herewith a *Binding and Irrevocable Stipulation as to Amount in Controversy and Waiver*, as well as a proposed *Order*.

    I look forward to receiving your client's timely response

                            Very truly yours,

                            Ralph J. Aucoin, Jr.

RJA/mss
Enclosure

**EXHIBIT B**

**36th JUDICIAL DISTRICT COURT FOR PARISH OF BEAUREGARD**
**STATE OF LOUISIANA**

NO.  C-20250806                                                                                          DIVISION "B"

**AZIZI ANSARI**

**VERSUS**

**RICHARD RENE ESPINOZA AND WERNER ENTERPRISES, INC. OF NEBRASKA**

FILED:_____                    _____
                                                                                    **DEPUTY CLERK**

**BINDING AND IRREVOCABLE**
**STIPULATION AS TO AMOUNT IN CONTROVERSY AND WAIVER**

Plaintiff, AZIZI ANSARI, by and through hiss authorized counsel of record, hereby stipulates irrevocably, on behalf of himself, his attorneys, his agents, his heirs, his successors, and/or his assigns, that the total amount of damages claimed by him in connection with the above entitled matter - past, present, and/or future and inclusive of any claims for penalties and/or attorney's fees - does not exceed the sum or value of $75,000.00, exclusive of judicial interest and recoverable costs, which is the amount required to invoke the diversity jurisdiction of federal courts pursuant to 28 U.S.C. §1332(a).

It is further stipulated that any judgment or award that Plaintiff, AZIZI ANSARI, may receive in excess of $75,000.00 each, exclusive of judicial interest and recoverable costs, without regard to any credit or set-off for comparative and/or third party fault, shall be reduced by the Court to $75,000.00, following which any comparative fault and/or third party fault will be assessed, and that Plaintiff, AZIZI ANSARI, shall each waive, renounce, and forever be precluded from recovering from Defendants, RICHARD RENE ESPINOZA and WERNER ENTERPRISES, INC., any amount exceeding $75,000.00, exclusive of judicial interest and recoverable court costs.

Plaintiff, AZIZI ANSARI, further stipulates and acknowledges that this Stipulation as to the amount in controversy is made knowingly and voluntarily by him for the purpose of preventing removal of the present action to United States District Court for the Western District of Louisiana, Lake Charles Divisoin, and the attachment of federal diversity jurisdiction.

Additionally, Plaintiff, AZIZI ANSARI, on behalf of himself, his attorneys, his agents, his heirs, his successors, and/or his assigns, hereby agrees and stipulates that he will not file a motion to supplement and/or amend his Petition for Damages at any time for the purpose of

claiming that the amount in controversy for his claims is more than $75,000.00, exclusive of judicial interest and recoverable court costs.

**STIPULATION SIGNED BY:**

_____            _____
**AZIZI ANSARI,**                          **DATE EXECUTED**
**PLAINTIFF**

                        Respectfully submitted,

                        By:_____
                        Lee M. Rudin (#34746)
                        RUDIN LAW LLC
                        5500 Prytania St. #404
                        New Orleans, LA 70115
                        Phone: (833) 438-7833
                        Fax:  (504) 445-4054
                        Email:  lee@getrude.com
                                liz@getrude.com
                                service@getrude.com
                        Attorney for Plaintiff, Azizi Ansari

                            **CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing pleading has been delivered to all counsel of record, by depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this _____ day of _____, 2025, at their last known address of record.

                           _____
                            **RALPH J. AUCOIN, JR.**

**36th JUDICIAL DISTRICT COURT FOR PARISH OF BEAUREGARD**
**STATE OF LOUISIANA**

NO. C-20250806                                                                                              DIVISION "B"

**AZIZI ANSARI**

**VERSUS**

**RICHARD RENE ESPINOZA AND WERNER ENTERPRISES, INC. OF NEBRASKA**

FILED:_____           _____
                                                                          **DEPUTY CLERK**

**ORDER**

Considering the foregoing *Binding and Irrevocable Stipulation as to Amount in Controversy and Waiver*;

IT IS ORDERED, ADJUDGED, AND DECREED that the *Binding and Irrevocable Stipulation as to Amount in Controversy and Waiver* is hereby accepted by this Honorable Court and entered into the record of this matter.

Deridder, Louisiana, this _____ day of _____, 2025.

_____
JUDGE