36Th JUDICIAL DISTRICT COURT FOR THE PARISH OF BEAUREGARD
STATE OF LOUISIANA

NO. C-20250806                                                                DIVISION "B"

AZIZI ANSARI

VERSUS

RICHARD RENE ESPINOZA AND WERNER ENTERPRISES, INC. OF NEBRASKA

FILED: _____                          _____
                                                                                   DEPUTY CLERK

## RESPONSES TO REQUESTS FOR ADMISSIONS

Plaintiff, Azizi Ansari, through undersigned counsel, provides the following Responses to Requests for admissions propounded by Werner Enterprises, Inc. of Nebraska, as follows:

**REQUEST FOR ADMISSION. NO. 1:**

Please admit that the amount in controversy for all claims asserted by or on behalf of Azizi Ansari in connection with this matter exceeds $75,000.00, exclusive of interest and costs.

**RESPONSE:**

Admitted.

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document on counsel for all parties to this proceeding by e-mail transmission on October 16, 2025.

_____
LEE M. RUDIN

Respectfully submitted,

**RUDIN LAW, LLC**

_____
Lee M. Rudin, La. Bar No. 34746
5500 Prytania Street, #404
New Orleans, Louisiana 70115
Phone: 833-GET-RUDE (833-438-7833)
Fax: 504- 445-4054
Email: Lee@GetRude,com

*Attorney for Azizi Ansari*

**EXHIBIT C**