# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

**AZIZI ANSARI**                                                       **CIVIL ACTION NO. 2:25-cv-1575**

**VERSUS**                                                                    **JUDGE**

**RICHARD RENE ESPINOZA**                              **MAGISTRATE**
**AND WERNER ENTERPRISES, INC.**

## VERIFICATION

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

**BEFORE ME**, the undersigned authority, personally came and appeared

**RALPH J. AUCOIN, JR.**

who after being duly sworn declared:

That Guy D. Perrier, Ralph J. Aucoin, Jr. and Paul W. Freese, are members of the firm of Perrier & Lacoste, L.L.C., One Canal Place, 365 Canal Street, Suite 2550, New Orleans, Louisiana 70130, telephone number (504) 212-8820, and are hereby representing Defendant, Werner Enterprises, Inc.

That Lee M. Rudin is a member of Rudin Law, LLC, 5500 Prytania St., Suite No. 404, New Orleans, LA, telephone number (833) 438-7833 and is hereby representing Plaintiff, Azizi Ansari.

That he has read the foregoing *Notice of Removal*; and

That the allegations contained therein are true and correct to the best of his knowledge and belief.

_____
**RALPH J. AUCOIN, JR.**

SWORN TO AND SUBSCRIBED BEFORE ME, NOTARY PUBLIC, ON THIS 20TH DAY OF OCTOBER, 2025.

_____
NOTARY PUBLIC

PRINTED NAME: Norman J. McEvers, Jr.

LA BAR/NOTARY ID # 126531