UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**AZIZI ANSARI**                                    **CIVIL ACTION NO.**

**VERSUS**
                                                    **JUDGE**
**RICHARD RENE ESPINOZA**
**AND WERNER ENTERPRISES, INC.**                    **MAGISTRATE**

### CERTIFICATE OF FILING

I hereby certify that I have received a copy of the action styled, "*Azizi Ansari versus Richard Rene Espinoza and Werner Enterprises, Inc. of Nebraska*," C-20250806, Division B, and pending on the docket of the 36th Judicial District Court for the Parish of Beauregard, State of Louisiana, and that a copy of the Notice of Removal has been filed in the Office of the Clerk of Court, 36th Judicial District Court for the Parish of Beauregard, State of Louisiana, in said action.

In witness whereof, I hereunto set my hand and affix my seal this _____ day of _____, 2025.

_____
CLERK, UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION