# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

**AZIZI ANSARI**                              **CIVIL ACTION NO. 2:25-cv-1575**

**VERSUS**

                                             **JUDGE**

**RICHARD RENE ESPINOZA**
**AND WERNER ENTERPRISES, INC.**        **MAGISTRATE**

### LIST OF PLEADINGS

NOW COMES Defendant, Werner Enterprises, Inc., (improperly referred to as "Werner Enterprises, Inc. of Nebraska"), who represents that the following is a list of pleadings that have been filed in the 36th Judicial District Court for the Parish of Beauregard, State of Louisiana, Docket Number C-20250806, Division B, in the matter entitled "*Azizi Ansari versus Richard Rene Espinoza and Werner Enterprises, Inc. of Nebraska*":

1. Petition for Damages filed on behalf of Plaintiff, Azizi Ansari, attached as Exhibit "1";

2. Citation on Werner Enterprises, Inc., attached as Exhibit "2"; and

3. Dilatory Exception of Vagueness, Ambiguity and Non-Conformity of the Petition, attached as Exhibit 3.


Respectfully submitted:

*PERRIER & LACOSTE, LLC*

*s/ Ralph J. Aucoin, Jr.*
_____
**GUY D. PERRIER, (# 20323)**
**RALPH J. AUCOIN, JR., (#31023)**
**PAUL W. FREESE (#39886)**
One Canal Place
365 Canal Street, Suite 2550
New Orleans, Louisiana  70130
Tel:  (504) 212-8820

1

Fax: (504) 212-8825
Email: gperrier@perrierlacoste.com
Email: raucoin@perrierlacoste.com
Email: pfreese@perrierlacoste.com
***Attorneys for Werner Enterprises, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this 20th day of October, 2025, at their last known address of record.

*s/ Ralph J. Aucoin Jr.*

_____

**RALPH J. AUCOIN, JR.**