D120865

# CITATION FOR PETITION

| AZIZI ANSARI | 36TH JUDICIAL DISTRICT COURT |
| --- | --- |
| VS | DOCKET NUMBER: C-20250806 B |
| RICHARD ESPINOZA | PARISH OF BEAUREGARD |
| | STATE OF LOUISIANA |



TO: **WERNER ENTERPRISES, INC. OF NEBRASKA**
**THROUGH ITS REGISTERED AGENT:**
**CORPORATE CREATIONS NETWORK, INC.**
**1070-B WEST CAUSEWAY APPROACH**
**MANDEVILLE, LA 70471**

**PARISH: ST. TAMMANY**

You are named as a defendant in the above captioned matter. Attached to this citation is a:

**X** Certified Copy of Original Petition
 Certified Copy of Amended Petition
 Discovery Request

You must either comply with the demand contained in the petition or make an appearance either by filing an answer or other pleading in the office of the Clerk of the Thirty Sixth Judicial District Court in the Beauregard Parish Court House in the City of DeRidder in said Parish within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

**Article 1001 of the Louisiana Code of Civil Procedure states:**

A. A defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law.

If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition within **thirty (30) days** after service of the amended petition.

Interrogatories   Request Admissions of Facts   Request for Production

B. When an Exception is filed prior to Answer and is overruled or referred to the merits or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or fifteen (15) days after service of the Amended Petition.

C. The Court may grant additional time for answering.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original. Pleading or with **ten (10) days** after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

**EXHIBIT 2**