## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

**AZIZI ANSARI**                                    **CIVIL ACTION NO. 2:25-cv-1575**

**VERSUS**                                          **JUDGE**

**RICHARD RENE ESPINOZA**                           **MAGISTRATE**
**AND WERNER ENTERPRISES, INC.**

## LIST OF PARTIES

NOW COMES Defendant, Werner Enterprises, Inc., who submits the following list of parties in accordance with 28 U.S.C. 1447(b):

1. Azizi Ansari – Plaintiff
   represented by:
   Lee M. Rudin, #34746
   Rudin Law, LLC
   5500 Prytania St., #404
   New Orleans, LA 70115
   Tel: 833-438-7833
   Fax: 504-445-4054
   Email:  lee@getrude.com
           liz@getrude.com
           service@getrude.com

2. Werner Enterprises, Inc. – Defendant
   represented by:
   Perrier & Lacoste, LLC.
   Guy D. Perrier, #20323
   Ralph J. Aucoin, Jr., #31023
   Paul W. Freese, #39886
   One Canal Place
   365 Canal Street, Suite 2550
   New Orleans, Louisiana 70130
   Telephone: (504) 212-8820
   Facsimile: (504) 212-8825
   Email: gperrier@perrierlacoste.com
          raucoin@perrierlacoste.com
          pfreese@perrierlacoste.com

1

3. Richard Rene Espinoza – Defendant
   Without waiving the formal requirements of service is represented by:
   Perrier & Lacoste, LLC.
   Guy D. Perrier, #20323
   Ralph J. Aucoin, Jr., #31023
   Paul W. Freese, #39886
   One Canal Place
   365 Canal Street, Suite 2550
   New Orleans, Louisiana 70130
   Telephone: (504) 212-8820
   Facsimile: (504) 212-8825
   Email: gperrier@perrierlacoste.com
   raucoin@perrierlacoste.com
   pfreese@perrierlacoste.com

Respectfully submitted:

***PERRIER & LACOSTE, LLC***

*s/ Ralph J. Aucoin, Jr.*
_____
**GUY D. PERRIER, (# 20323)**
**RALPH J. AUCOIN, JR., (#31023)**
**PAUL W. FREESE (#39886)**
One Canal Place
365 Canal Street, Suite 2550
New Orleans, Louisiana  70130
Tel:  (504) 212-8820
Fax:  (504) 212-8825
Email:  gperrier@perrierlacoste.com
Email:  raucoin@perrierlacoste.com
Email:  pfreese@perrierlacoste.com
***Attorneys for Werner Enterprises, Inc.***

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this 20th day of October, 2025, at their last known address of record.

*s/ Ralph J. Aucoin Jr.*
_____
**RALPH J. AUCOIN, JR.**