UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**AZIZI ANSARI**                                              CIVIL ACTION NO. 2:25-cv-1575

**VERSUS**                                                        JUDGE

**RICHARD RENE ESPINOZA**                        MAGISTRATE
**AND WERNER ENTERPRISES, INC.**

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

In accordance with Article 7.1 of the Federal Rules of Civil Procedure requiring non-governmental corporate parties to file a corporate disclosure statement, Defendant, Werner Enterprises, Inc., submits the following in this matter:

1.

Werner Enterprises, Inc. has no parent company and is not a subsidiary of any company.

2.

Werner Enterprises, Inc. is publicly traded on NASDAQ (Symbol: WERN).

Respectfully submitted:

*PERRIER & LACOSTE, LLC*

*s/ Ralph J. Aucoin, Jr.*
_____
**GUY D. PERRIER, (# 20323)**
**RALPH J. AUCOIN, JR., (#31023)**
**PAUL W. FREESE (#39886)**
One Canal Place
365 Canal Street, Suite 2550
New Orleans, Louisiana  70130
Tel:  (504) 212-8820
Fax:  (504) 212-8825
Email:  gperrier@perrierlacoste.com
Email:  raucoin@perrierlacoste.com
Email:  pfreese@perrierlacoste.com
***Attorneys for Werner Enterprises, Inc.***

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this 20th day of October, 2025, at their last known address of record.

                                        *s/ Ralph J. Aucoin Jr.*
                                        _____
                                        **RALPH J. AUCOIN, JR.**