UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**AZIZI ANSARI**                                    **CIVIL ACTION NO. 2:25-cv-1575**

**VERSUS**                                          **JUDGE**

**RICHARD RENE ESPINOZA**                           **MAGISTRATE**
**AND WERNER ENTERPRISES, INC.**

**WERNER ENTERPRISES, INC.'S
DIVERSITY JURISDICTION DISCLOSURE STATEMENT**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure requiring parties to file a diversity disclosure statement, Defendant, Werner Enterprises, Inc., submits the following in this matter, to wit:

1. Defendant, Werner Enterprises, Inc., is a foreign corporation with both its place of incorporation and its principal place of business in the State of Nebraska and is a citizen of the State of Nebraska.

Respectfully submitted:

*PERRIER & LACOSTE, LLC*

*s/ Ralph J. Aucoin, Jr.*
_____
**GUY D. PERRIER, (# 20323)**
**RALPH J. AUCOIN, JR., (#31023)**
**PAUL W. FREESE (#39886)**
One Canal Place
365 Canal Street, Suite 2550
New Orleans, Louisiana  70130
Tel:  (504) 212-8820
Fax:  (504) 212-8825
Email:  gperrier@perrierlacoste.com
Email:  raucoin@perrierlacoste.com
Email:  pfreese@perrierlacoste.com
***Attorneys for Werner Enterprises, Inc.***

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this 20th day of October, 2025, at their last known address of record.

    *s/ Ralph J. Aucoin Jr.*
    _____
    **RALPH J. AUCOIN, JR.**