# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **AZIZI ANSARI** | **CIVIL ACTION NO. 2:25-cv-1575** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **RICHARD RENE ESPINOZA AND WERNER ENTERPRISES, INC.** | **MAGISTRATE JUDGE THOMAS P. LEBLANC** |

### DIVERSITY JURISDICTION DISCLOSURE STATEMENT PURSUANT TO RULE 7.1(2)

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Azizi Ansari, and pursuant to Federal Rule of Civil Procedure, Rule 7.1(2), respectfully submits this Diversity Disclosure Statement as follows:

Plaintiff, Azizi Ansari is a person of the full age of majority and is domiciled in and a citizen of the State of Louisiana for diversity purposes.

Respectfully submitted,

**RUDIN LAW, LLC**

_____
Lee M. Rudin, La. Bar No. 34746
5500 Prytania Street, #404
New Orleans, Louisiana 70115
Phone: 833-GET-RUDE (833-438-7833)
Fax: 504- 445-4054
Email: Lee@GetRude,com

*Attorney for Azizi Ansari*

---

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on counsel for all parties to this proceeding by e-mail transmission on October 28, 2025.

_____
LEE M. RUDIN

Case 2:25-cv-01575-JDC-TPL    Document 8    Filed 10/28/25    Page 2 of 3 PageID #: 58